BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-6748
    annie.reding@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ROBERT GILLILAN, | CASE NO. CV 15-00400 JSC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

NOTICE OF SETTLEMENT
CASE NO. CV 15-00400 JSC

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING NOTICE:

The Parties hereby notify the Court that this case has settled.  The Parties request that the Case Management Conference scheduled for March 3, 2016 be vacated and request sixty days in which to file a stipulation of dismissal.

DATED: February 26, 2016	Respectfully submitted,


	 ___/s/ Joseph H. Low, IV_____
	Joseph H. Low, IV
	Fred H. Shepherd
	Attorneys for Plaintiff


DATED: February 26, 2016	Respectfully submitted,

	BRIAN J. STRETCH
	Acting United States Attorney


	 ___/s/ Ann Marie Reding[1]_____
	ANN MARIE REDING
	Assistant United States Attorney


The case management conference is continued to May 12, 2016 at 1:30 p.m.; a joint case management statement or a stipulation of dismissal shall be filed seven days prior.

Dated: February 29, 2016

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

---

[1] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

NOTICE OF SETTLEMENT
CASE NO. CV 15-00400 JSC